# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERT WATER AGENCY, | Case No. CV 13-606- DMG (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES DEPT. OF THE INTERIOR, et al., | |
| Defendants. | |

Pursuant to the Court's Order granting Defendants' Motion to Dismiss [Doc. # 28], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants United States Department of the Interior, United States Secretary of the Interior Kenneth L. Salazar, United States Bureau of Indian Affairs, and Assistant Secretary for Indian Affairs Kevin K. Washburn and against Plaintiff Desert Water Agency, which shall take nothing.

DATED:     February 21, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-