RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

MICHAEL T. RIDDELL (Bar No. 72373)
michael.riddell@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway 15th Floor
San Diego, CA 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DESERT WATER AGENCY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DESERT WATER AGENCY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, U.S. Secretary of the Interior; UNITED STATES BUREAU OF INDIAN AFFAIRS; KEVIN K. WASHBURN, Assistant Secretary for Indian Affairs; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No.  5:13-cv-00606-DMG-OP<br>Judge:　　Hon. Dolly M. Gee<br><br>**PLAINTIFF DESERT WATER AGENCY'S NOTICE OF APPEAL**<br><br>Action filed:  March 29, 2013 |

# **NOTICE OF APPEAL**

Please take notice that Plaintiff Desert Water Agency hereby appeals in the above-named case to the United States Court of Appeals for the Ninth Circuit from (1) the Judgment, (ECF No. 31), entered on February 21, 2014; and (2) the Order Re Defendants' Motion to Dismiss, (ECF No. 28), entered on January 21, 2014.

A representation statement is attached to this notice as Attachment "1" pursuant to Circuit Rule 3-2.

Dated: March 21, 2014        BEST BEST & KRIEGER LLP

By: */s/ Roderick E. Walston*
　　RODERICK E. WALSTON
　　MICHAEL T. RIDDELL
　　STEVEN G. MARTIN
　　Attorneys for Plaintiff
　　DESERT WATER AGENCY

**PROOF OF SERVICE**

I, Monica Brozowski, declare:

I am a citizen of the United States and employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2001 N. Main Street, Suite 390, Walnut Creek, California 94596. On March 21, 2014, I served a copy of the within document(s):

**PLAINTIFF DESERT WATER AGENCY'S NOTICE OF APPEAL**

[x] by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

> Patricia Miller
> US Department of Justice
> Environment and National Resources Division
> 999 - 18th Street South Terrace
> Suite 370
> Denver, CO 80202
> Phone: (303) 844-1382
> Fax: (303) 844-1350
> Patti.Miller@usdoj.gov

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2014, at Walnut Creek, California.

/s/ *Monica Brozowski*
Monica Brozowski

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596