RODERICK E. WALSTON (Bar No. 32675)
roderick.walston@bbklaw.com
BEST BEST & KRIEGER LLP
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Telephone: (925) 977-3300
Facsimile: (925) 977-1870

MICHAEL T. RIDDELL (Bar No. 72373)
michael.riddell@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083

STEVEN G. MARTIN (Bar No. 263394)
steven.martin@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway 15th Floor
San Diego, CA 92101
Telephone:  (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Plaintiff
DESERT WATER AGENCY

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA 94596

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DESERT WATER AGENCY,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, U.S. Secretary of the Interior; UNITED STATES BUREAU OF INDIAN AFFAIRS; KEVIN K. WASHBURN, Assistant Secretary for Indian Affairs; and DOES 1 through 10, Inclusive,<br><br>           Defendants. | Case No.  5:13-cv-00606-DMG-OP<br>Judge:    Hon. Dolly M. Gee<br><br>**REPRESENTATION STATEMENT ACCOMPANYING PLAINTIFF DESERT WATER AGENCY'S NOTICE OF APPEAL**<br><br>Action filed:    March 29, 2013 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

## REPRESENTATION STATEMENT

## ACCOMPANYING PLAINTIFF DESERT WATER AGENCY'S NOTICE

## OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2 and 12-2, Plaintiff Desert Water Agency provides this Representation Statement identifying all parties and their counsel in the action below.

**Counsel for Plaintiff Desert Water Agency:**

Roderick E. Walston
Best Best and Krieger LLP
2001 North Main Street Suite 390
Walnut Creek, CA 94596
Telephone: 925-977-3300
Fax: 925-977-1870
Email: roderick.walston@bbklaw.com

Michael T. Riddell
Best Best and Krieger LLP
3390 University Avenue, Fifth Floor
P.O. Box 1028
Riverside, California 92502
Telephone:  (951) 686-1450
Facsimile:  (951) 686-3083
Email: michael.riddell@bbklaw.com

Steven G. Martin
Best Best and Krieger LLP
655 Broadway, 15th Floor
San Diego, CA 92101
Telephone: 619-525-1300
Fax: 619-233-6118
Email: steven.martin@bbklaw.com

**Counsel for Defendants United States Department of Interior; Sally Jewell, U.S. Secretary of the Interior; United States Bureau of Indian Affairs; Kevin K. Washburn, Assistant Secretary for Indian Affairs:**

Patricia Miller
U.S. Department of Justice
Environment and Natural Resources Division
999 18th Street South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1382
Fax: 303-844-1350
Email: Patti.Miller@usdoj.gov

- 2 -

1

2    Dated:      March 21, 2014                    BEST BEST & KRIEGER LLP

3

4    By: /s/ Roderick E. Walston
                                                 RODERICK E. WALSTON
5                                                MICHAEL T. RIDDELL
                                                 STEVEN G. MARTIN
6                                                Attorneys for Plaintiff
                                                 DESERT WATER AGENCY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2OO I N. MAIN STREET, SUITE 39O
WALNUT CREEK, CA  94596

01358.00009\8655407.1                  - 3 -         REPRESENTATION STATEMENT ACCOMPANYING
                                                      PLAINTIFF DWA'S NOTICE OF APPEAL
                                                      5:13-CV-606-DMG-OP

**PROOF OF SERVICE**

I, Monica Brozowski, declare:

I am a citizen of the United States and employed in Contra Costa County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 2001 N. Main Street, Suite 390, Walnut Creek, California  94596.  On March 21, 2014, I served a copy of the within document(s):

> REPRESENTATION STATEMENT ACCOMPANYING
> PLAINTIFF DESERT WATER AGENCY'S NOTICE
> OF APPEAL

☒     by transmitting via electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below by way of filing the document(s) with the U.S. District Court, Central District of California. Federal Rule of Civil Procedure § 5(b)(2)(E)

> Patricia Miller
> US Department of Justice
> Environment and National Resources Division
> 999 - 18th Street South Terrace
> Suite 370
> Denver, CO 80202
> Phone: (303) 844-1382
> Fax: (303) 844-1350
> Patti.Miller@usdoj.gov

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2014, at Walnut Creek, California.

_____/s/ *Monica Brozowski*_____
Monica Brozowski

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2001 N. MAIN STREET, SUITE 390
WALNUT CREEK, CA  94596

01358.00009\8655407.1

- 4 -

REPRESENTATION STATEMENT ACCOMPANYING
PLAINTIFF DWA'S NOTICE OF APPEAL
5:13-CV-606-DMG-OP